UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE WILLIAMS, o/b/o
PHILLIP WILLIAMS,

        Plaintiff,        CIVIL ACTION NO.02-73888

v.

        HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

**ORDER ADOPTING MAGISTRATE JUDGE**
**REPORT AND RECOMMENDATION**

The Court, pursuant to 72 (b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept8,1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED**.

Dated: February 21, 2007                s/John Corbett O'Meara
                                                      United States District Judge